## IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| OFFICE OF DISCIPLINARY COUNSEL, | : | No. 1996 Disciplinary Docket No. 3 |
| | : | |
| Petitioner | : | No. 173 DB 2013 |
| | : | |
| v. | : | Attorney Registration No. 52704 |
| | : | |
| DANIEL BRIAN HARGROVE, | : | (Allegheny County) |
| | : | |
| Respondent | : | |

## ORDER

**PER CURIAM**

**AND NOW**, this 7th day of April, 2017, upon consideration of the Certificate of Admission of Disability by Attorney, Daniel Brian Hargrove is immediately transferred to inactive status for an indefinite period and until further Order of the Court per Pa.R.D.E. 301(e). He shall comply with all of the provisions of Pa.R.D.E. 217.

All pending disciplinary proceedings shall be held in abeyance, except for the perpetuation of testimony and the preservation of documentary evidence.